MICHAEL A. GOULD (S.B. #151851)
AARIN A. ZEIF (S.B. #247088)
GOULD AND ASSOCIATES
17822 East 17th Street, Suite 106
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

DENNIS F. MOSS (S.B. #77512)
GREGORY N. KARASIK (S.B. #115834)
SPIRO MOSS LLP
11377 W.Olympic Blvd, 5th Floor
Los Angeles, CA 90064-1683
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

SAHAG MAJARIAN II (S.B. #146621)
THE LAW OFFICE OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD WAZEER, and KIMBERLY RODRIGUEZ, individually and behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>SOS SECURITY INCORPORATED, a New Jersey Corporation, and DOES 1 through 25, inclusive,<br><br>            Defendants. | CASE NO.: CV 09-1227-VBF (FFFMx)<br>Judge: Valerie Baker Fairbank<br><br>Class Action<br><br>**JUDGMENT**<br><br>Date: August 23, 2010<br>Time: 1:30 p.m.<br>Courtroom: 9 |

1

**[PROPOSED] JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED THAT:**

Pursuant to FRCP, Rule 58, judgment is entered in this matter on the terms set forth in the following orders:

(1) Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees, Litigation Expenses and Class Representative Enhancements.

Dated: August 23, 2010

_____
Hon. Valerie Baker Fairbank
U.S. District Judge

2

**JUDGMENT**